1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8         FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  ELMER DUARTE,                    No. 2:14-cv-1868 GGH
11         Petitioner,
12     v.                            ORDER
13  SCOTT FRAUENHEM, Warden,
14         Respondent.
15

16     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
17  corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a disciplinary
18  conviction issued by Folsom State Prison, located in the Sacramento Division of the Eastern
19  District of California.  He is confined at Pleasant Valley State Prison in Fresno County which lies
20  within the jurisdiction of the Fresno division of this court.
21     Pursuant to 28 U.S.C. § 2241(d), a petition for a writ of habeas corpus pursuant to 28
22  U.S.C. § 2254 may be filed in the United States District Court of the judicial district in which the
23  petitioner is presently confined or the judicial district in which he was convicted and sentenced.
24  Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973).  Petitioner is confined in the
25  Fresno Division of the Eastern District, but was convicted in the Sacramento Division of the
26  Eastern District.  Jurisdiction over this petition thus exists in both the Sacramento and Fresno
27  divisions.  It is generally the practice of the district courts in California to transfer habeas actions
28  challenging prison administrative hearings to the district in which the petitioner is confined.  All

1

records, witnesses and evidence necessary for the resolution of petitioner's claims are more readily available in that district.  See Braden, 410 U.S. at 497, 499 n. 15; Laue v. Nelson, 279 F.Supp. 265, 266 (N.D. Cal. 1968).  In this case, that district is the Fresno Division of the Eastern District of California.

Accordingly, in the interest of justice, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

>  United States District Court
>  Eastern District of California
>  1130 "O" Street
>  Fresno, CA 93721

Dated: August 26, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Duar1868.ven